UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE M. CANNON,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>CAPTIAL DEPOT INC., c/o MARINA KOUJMAN,<br><br>　　　　　　　　Defendant. | 21-CV-5209 (LTS)<br><br>CIVIL JUDGMENT |

　　Pursuant to the order issued August 23, 2021, dismissing the complaint,

　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　August 23, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　Chief United States District Judge